UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| GABRIELLA RAGO, On Behalf of Herself and All Others Similarly Situated,<br><br>                      Plaintiff,<br>v.<br><br>NICHOLAS FINANCIAL, INC., PETER L. VOSOTAS, STEPHEN BRAGIN, RALPH T. FINKENBRINK, SCOTT FINK, ALTON R. NEAL, PROSPECT CAPITAL CORPORATION, WATERSHED ACQUISITION LP, 0988007 B.C. UNLIMITED LIABILITY COMPANY, and WATERSHED OPERATING LLC,<br><br>                      Defendants. | Case No. 8-13-CV-3261-T-33TGW<br><br>JURY TRIAL DEMANDED<br><br>Hon. Virginia M. Hernandez Covington |

## **PLAINTIFF GABRIELLE RAGO'S NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Gabriella Rago voluntarily dismisses without prejudice the above-titled action.

To the best of counsel's knowledge, the opposing parties have not filed either an answer or motion for summary judgment to date.

Dated: May 8, 2014

Respectfully submitted,

**MCINTYRE, PANZARELLA, THANASIDES, BRINGGOLD & TODD, P.A.**

By:   */s/ Paul B. Thanasides*
       Paul B. Thanasides
       Florida Bar No. 103039
501 East Kennedy Boulevard, Suite 1900
Tampa, FL 33602
**Tel:** 813-899-6059
**Fax:** 813-899-6069
Primary: paul@mcintyrefirm.com
Secondary: stacey@mcintyrefirm.com
**Counsel for Plaintiff**
and

**FARUQI & FARUQI, LLP**
Juan Monteverde

>David M. Sborz
>369 Lexington Avenue, 10th Fl.
>New York, NY10017
>Tel.: (212) 983-9330
>Fax: (212) 983-9331
>Admitted *Pro Hac Vice,* Counsel for Plaintiff
>Primary: jmonteverde@faruquilaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 8, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this action.

| | |
|---|---|
| **FOLEY & LARDNER LLP** | **HILL, WARD & HENDERSON, P.A.** |
| Michael P. Matthews | Dennis P. Waggoner |
| Lawrence J. Dougherty | Holly L. Gershow |
| 100 North Tampa Street, Suite 2700 | 101 East Kennedy Boulevard, Suite 3700 |
| Tampa, Florida 33602-5810 | Post Office Box 2231 |
| Email: mmatthews@foley.com | Tampa, Florida 33601 |
| Email: ldougherty@foley.com | Email: dwaggoner@hwhlaw.com |
| | Email: hgersow@hwhlaw.com |
| **FOLEY & LARDNER LLP** | **SKADDEN, ARPS, et al.** |
| Richard S. Davis | Maura Barry Grinalds |
| Mathew D. Gutierrez | Jason C. Vigna |
| One Biscayne Tower | Diana R. Rubin |
| 2 South Biscayne Boulevard, Suite 1900 | 4 Times Square |
| Miami, Florida 33131 | New York, New York 10036 |
| Email: rdavis@foley.com | Email: maurabarry.grinalds@skadden.com |
| Email: mgutierrez@foley.com | Email: jason.vigna@skadden.com |
| | Email: diana.rubin@skadden.com |
| *Attorneys for Defendants Nicholas Financial Inc., Peter L. Vosotas, Stephen Bragin, Ralph T. Finkenbrink, Scott Fink, and Alton R. Neal* | **PROSPECT ADMINISTRATION, LLC** |
| | Adam M. Burton |
| | Karl C. Huth IV |
| | 10 East 40th Street, 44th Floor |
| | New York, New York 10016 |
| | Email: aburton@prospectstreet.com |
| | Email: khuth@prospectstreet.com |
| | *Attorneys for Defendants Prospect Capital Corporation, Watershed Acquisition LP, 0988007 B.C. Unlimited Liability Company and Watershed Operating LLC* |

By: ___*/s/ Paul B. Thanasides*___
      Attorney